# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ZECOTEK IMAGING SYSTEMS PTE LTD, | ) ) ) | CASE NO.  5:12 cv 1533 |
| PLAINTIFF, | ) ) ) | JUDGE SARA LIOI |
| vs. | ) ) ) ) ) | ORDER |
| SAINT-GOBAIN CERAMICS & PLASTICS INC., et al., | ) ) ) | |
| DEFENDANTS. | ) | |

This case, having been settled by agreement of the parties, is hereby dismissed with prejudice, each party to pay their own costs. Any and all releases, agreements or judgment entries necessary to comply with the settlement shall be executed by the interested parties.

A Final Agreed Entry, approved by counsel for all parties, shall be filed with the Court on or before December 31, 2014.

The Court retains jurisdiction over the settlement agreement in this matter. *See Kokkonen v. Guardian Life Ins. Co.*, 511 U.S. 375 (1994).

This case hereby is closed.

**IT IS SO ORDERED**.

Dated: December 23, 2014

  **HONORABLE SARA LIOI**
  **UNITED STATES DISTRICT JUDGE**